Pro Se 1 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Gayle D. Hanks
Cheri Makay Wright
Oropez

Plaintiff(s),

v.

City of Seattle
"OHANA" +
Dennis b. Hoffman
16234 - 9th NE

Defendant(s).

CASE NO. 2:21-cv-00601 JCC
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes  ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name            Gayle D Hanks / Cheri M. Oropez
Street Address  1231 NE 184th PL / 75 North Drive
City and County Shoreline / King    Westbury / Nassau
State and Zip Code  Wa 98155         NEW YORK 11590
Telephone Number  206 363.9050      1-516-456-1057

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

1  B.      Defendant(s)

2       *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

- Name: OHANA GUARDIAN
- Job or Title (if known):
- Street Address: ~~10650 NE 3rd~~ 155 NE 100th Ste #209
- City and County: Seattle  King
- State and Zip Code: Wash.  98125
- Telephone Number:

Defendant No. 2

- Name: dennis b Hoffman
- Job or Title (if known): lawn mower / thief
- Street Address: 16234 – 9th NE
- City and County: Shoreline  King
- State and Zip Code: Wa  98155
- Telephone Number: 206-362-3720

Defendant No. 3

- Name: 7 attorneys involved
- Job or Title (if known): all lied to get my aunts money
- Street Address: Karl
- City and County:
- State and Zip Code:
- Telephone Number:

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

1  Defendant No. 4

2  Name
3  Job or Title *(if known)*
   Street Address
4  City and County
5  State and Zip Code
   Telephone Number
6

7

8  ## II. BASIS FOR JURISDICTION

9  Federal courts are courts of limited jurisdiction (limited power). Generally, only two
10 types of cases can be heard in federal court: cases involving a federal question and cases
11 involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under
12 the United States Constitution or federal laws or treaties is a federal question case. Under 28
13 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and
14 the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of
15 citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16  What is the basis for federal court jurisdiction? *(check all that apply)*

17  ☐ Federal question        ☐ Diversity of citizenship

18  Fill out the paragraphs in this section that apply to this case.

19  A. If the Basis for Jurisdiction Is a Federal Question

20  List the specific federal statutes, federal treaties, and/or provisions of the United States
21  Constitution that are at issue in this case.

22  These people lied but before
23  them dennis b. Hoffman assaulted
24  me May 23rd 2017 & 09/17/2018
    & assaulted Cheri on Aug/27th 2018

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2016

1  B.    If the Basis for Jurisdiction Is Diversity of Citizenship

2         1.    The Plaintiff(s)

3              a.    If the plaintiff is an individual.

4         The plaintiff (name) Cheri Oropez Gayle Hanks, is a citizen of the

5  State of (name) New York   Wa                    .

6              b.    If the plaintiff is a corporation.

7         The plaintiff, (name) _____, is incorporated under

8  the laws of the State of (name) _____, is incorporated under

9  the laws of the State of (name) _____, and has its principal

10 place of business in the State of (name) _____.

11        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

12

13        2.    The Defendant(s)

14             a.    If the defendant is an individual.

15        The defendant, (name) dennis b Hoffman   , is a citizen of the

16 State of (name) Wa                                . Or is a citizen of

17 (foreign nation) _____.

18             b.    If the defendant is a corporation.

19        The defendant, (name) OHana (MarkC.Vohr) is incorporated under

20 the laws of the State of (name) Wa                           , and has its principal

21 place of business in the State of (name) Wa                  .

22        Or is incorporated under the laws of (foreign nation) _____,

23 and has its principal place of business in (name) Wa  OHana .

24        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2016*

3.   The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

over 1 million in cash & that they are Keeping my aunt/her mom from her friends + family for her $$$

## III.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Oban lied Dennis lied & assaulted us then they filed baseless/factless claims against us to get Eunice O. Wrights $$$

## IV.   RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

We want them out in Jail + us to be able to see my aunt + her mom. This is on my record + is a lie

## V.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

1 | purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
2 | (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
3 | reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
4 | identified, will likely have evidentiary support after a reasonable opportunity for further
5 | investigation or discovery; and (4) the complaint otherwise complies with the requirements of
6 | Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 4, 2021
Signature of Plaintiff: *Gayle D Hanks*      *Cheri Oropez*
Printed Name of Plaintiff: Gayle D Hanks     Cheri M. Oropez

Date of signing: May 4, 2021
Signature of Plaintiff: *Cheri M Oropez*
Printed Name of Plaintiff: Cheri M. Oropez

Date of signing: _____
Signature of Plaintiff: _____
Printed Name of Plaintiff: _____

COMPLAINT FOR A CIVIL CASE - 6

**CLERK, UNITED STATES DISTRICT COURT**
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**U.S. District Court**
Complete transaction sheet & stamp the
**FIRST** page of each document

Gayle D. Hanks
206-363-9050