Pro Se 1 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Gayle D. Hanks
Cheri Makay Wright
Oropez

Plaintiff(s),

v.

City of Seattle
"OHANA" +
Dennis b. Hoffman
16234 - 9th NE

Defendant(s).

CASE NO. 2:21-cv-00601 JCC
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes  ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Gayle D Hanks / Cheri M. Oropez
Street Address: 1231 NE 184th PL / 75 North Drive
City and County: Shoreline / King    Westbury / Nassau
State and Zip Code: Wa 98155    NEW YORK 11590
Telephone Number: 206 363.9050    1-516-456-1057

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

B.   Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | OHANA |
| Job or Title (if known) | GUARDIAN  Ste #209 |
| Street Address | ~~10650 NE 3rd~~  155 NE 100th |
| City and County | Seattle   King |
| State and Zip Code | Wash.   98125 |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | dennis b Hoffman |
| Job or Title (if known) | lawn mower / thief |
| Street Address | 16234 - 9th NE |
| City and County | Shoreline   King |
| State and Zip Code | Wa   98155 |
| Telephone Number | 206-362-3720 |

Defendant No. 3

| | |
|---|---|
| Name | 7 attorneys involved |
| Job or Title (if known) | all lied to get |
| Street Address | my aunts money |
| City and County | Karl |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

Defendant No. 4

    Name  _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*These people lied but before them dennis b. Hoffman assaulted me May 23rd 2017 & 09/17/2018 & assaulted Cheri on Aug /27th 2018*

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2016

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1. The Plaintiff(s)

        a. If the plaintiff is an individual.

The plaintiff (name) Cheri Oropez q Gayle Hanks, is a citizen of the State of (name) New York   Wa.

        b. If the plaintiff is a corporation.

The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2. The Defendant(s)

        a. If the defendant is an individual.

The defendant, (name) dennis b Hoffman, is a citizen of the State of (name) Wa. Or is a citizen of (foreign nation) _____.

        b. If the defendant is a corporation.

The defendant, (name) Ohana (Mark C. Vohr), is incorporated under the laws of the State of (name) Wa, and has its principal place of business in the State of (name) Wa.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) Wa Ohana.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2016*

3.  The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

over 1 million in cash $ that they are keeping my aunt/her mom from her friends + family for her $ $ $

### III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Oban lied Dennis lied + assaulted us then they filed baseless/factless claims against us to get Eunice O. Wrights $ $$

### IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

We want them out in Jail + us to be able to see my aunt + her mom. This is on my record + is a lie

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

1   purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
2   (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
3   reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
4   identified, will likely have evidentiary support after a reasonable opportunity for further
5   investigation or discovery; and (4) the complaint otherwise complies with the requirements of
6   Rule 11.
7        I agree to provide the Clerk's Office with any changes to my address where case-related
8   papers may be served. I understand that my failure to keep a current address on file with the
9   Clerk's Office may result in the dismissal of my case.

10  Date of signing: May 4, 2021
11  Signature of Plaintiff: *Gayle D Hanks*     *Cheri Oropez*
12  Printed Name of Plaintiff: Gayle D Hanks   Cheri M. Oropez

14  Date of signing: May 4, 2021
15  Signature of Plaintiff: *Cheri M Oropez*
16  Printed Name of Plaintiff: Cheri M. Oropez

18  Date of signing: _____
19  Signature of Plaintiff: _____
20  Printed Name of Plaintiff: _____

COMPLAINT FOR A CIVIL CASE - 6

**CLERK, UNITED STATES DISTRICT COURT**
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**U.S. District Court**
Complete transaction sheet & stamp the
**FIRST** page of each document

Gayle D. Hanks
206-363-9050