THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GAYLE D. HANKS, *et al.*,

    Plaintiffs,

v.

CITY OF SEATTLE, *et al.*,

    Defendants.

CASE NO. C21-0601-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for an extension of time (Dkt. No. 9). The motion does not indicate what deadline Plaintiffs seek relief from or what the basis would be for the Court to grant this relief. (*See generally id.*) The motion is DENIED without prejudice.

DATED this 21st day of May 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER
C21-0601-JCC
PAGE - 1