THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAYLE D. HANKS, *et al.*, | CASE NO. C21-0601-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF SEATTLE, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On May 17, 2021, Plaintiffs filed a *pro se* complaint with the Court. (Dkt. No. 7.) It alleges Defendants lied and assaulted Plaintiffs. (*Id.* at 1–6.) They seek "over 1 million in cash" along with other relief. (*Id.* at 7.) In the section where Plaintiffs must establish the basis for the Court's jurisdiction, they failed to check the boxes for whether jurisdiction is based on a federal question or diversity of citizenship. (*Id.* at 3.) Instead, they reiterate their allegations. (*Id.*) It is not clear to the Court that the allegations contain a federal question. *See* 28 U.S.C. § 1331. Nor is it clear that the parties are completely diverse or that the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332. Therefore, it is not clear what the basis of the Court's jurisdiction is in this matter.

"If the Court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed R. Civ. P. 12(h)(3). Moreover, "[t]he party asserting jurisdiction has the burden of proving all jurisdictional facts." *See Indus Tectonics, Inc. v. Aero Alloy*, 912 F.2d 1090, 1092 (9th Cir. 1990).

Plaintiffs are ORDERED TO SHOW CAUSE why the Court should not dismiss this action for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(h)(3) by filing an explanation of how the case meets the subject matter jurisdictional requirements based on either diversity of citizenship or a federal question. The explanation must be filed by July 23, 2021 or the case will be dismissed without prejudice.

DATED this 12th day of July 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER
C21-0601-JCC
PAGE - 2