July 21, 2021

Gayle D. Hanks
  Plaintiff

City of Seattle et.al.

Case # C21-0601-JCC

FILED ___ LODGED ___ ENTERED ___ RECEIVED
SG   JUL 21 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
BY ___ DEPUTY

Dear Honorable Judge Cough

I have tried to get an honest Judge, Court Commissioner. These people, Ohana, have a judge's in their pockets & are extorting my Aunt while filing felonious allegations about me & my Cousin (dying of cancer) & we both are barred for 5 years from seeing Now 96 y/o aunt/mother. Everytime we go to court they have the Henry H. Judson Kelegaiuti Spector & we are always guilty

I see the only way to truth is Federal Court as we have No $ Soc-Sec has taken mine 2 times as had O.W.C.P. I Know I have a case against them but this is about 3 old ladies who are being extorted for their pleasure 7 attys at least 3 judges Please help us.

Gayle D Hanks