**DEBORAH SUNDSTED <rsundsted@msn.com>**                    12/4/2021 10:09 AM

# My Thoughts

To GAYLE HANKS <gdhanks@comcast.net>

FILED
LODGED
RECEIVED

DEC 13 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

To Whom It May Concern,

Gayle is my cousin (our mothers were sisters) with whom I've had conversations throughout the 73 years since we were born.  In our younger years my childhood family would vacation from Montana to Gayle's family in Seattle.  A salmon fishing trip with Gayle's father in his boat was great.  We also visited our mutual Aunt, Eunice Wright, there in Seattle.  In recent years my married family has come to Seattle visiting Eunice and Gayle.  Both were in good spirits weathering life's storms.  It concerns me why Gayle has been forbidden to see Aunt Eunice because Gayle is a very caring and loving person and would be a great asset in helping Aunt Eunice in her elder years.  The hurts of life are bad enough so it seems so wrong for her to be denied helping Aunt Eunice.

Sincerely,
Ron(ald) Sundsted
324 Albion Way
Fort Collins, CO 80526
Ph/text 9703085628
Email: rsundsted@msn.com

2:21-CV-00601 JJC

This is just one of 22 cousins — nieces & nephews & friends of my aunt Eunice O. Wright who is a prisoner in her home thanks to A.P.S. DSHS.

& Cathy No letters have ever been sent to anyone.



SEATTLE WA 980

11 DEC 2021 PM 7 L

FILED
LODGED
RECEIVED

DEC 13 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

U. S. Dist Court - West Div.
700 Stewart St.
Seattle, 98 101

98101-44395

Gayle Hanks
1231 NE 184th Pl
Shoreline, WA 98155

